STATE v. STOKES

No. 275A02

Case below: 150 N.C. App. 211

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 August 2002. Petition by Attorney General for writ of supersedeas allowed 15 August 2002. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 15 August 2002 as to issue 1; denied as to remaining issues.

STATE v. WATSON

No. 336P02

Case below: 150 N.C. App. 716

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

STATE v. WESTMORELAND

No. 132P02

Case below: 148 N.C. App. 407

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 August 2002.

STATE v. WOOD

No. 210P02

Case below: 149 N.C. App. 413

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.